UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE L. CRISP, III, | No. 2:14-cv-0239 AC P |
| Petitioner, | |
| v. | ORDER |
| CALIFORNIA HEALTH CARE FACILITY, | |
| Respondent. | |

On April 23, 2014, petitioner filed a "motion to secure specific video footage of alleged staff misconduct. . . ." ECF No. 8. Judgment has already been entered in this case. ECF Nos. 6, 7. Petitioner's filing does not appear to be one contemplated by the Federal Rules of Civil Procedure, the Federal Rules Governing § 2254 Cases or the Federal Rules of Appellate Procedure. Accordingly, this document will be placed in the file and disregarded. Documents filed by petitioner in this case since the closing date will be disregarded and no orders will issue in response to future filings.

IT IS SO ORDERED.

DATED: May 8, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE